UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA ROYAL | CIVIL ACTION |
| VERSUS | NO. 22-5198 |
| ALLSTATE INSURANCE COMPANY, *et al.* | SECTION M (5) |

## ORDER & REASONS

Before the Court is a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted filed by defendant Allstate Vehicle and Property Insurance Company ("Allstate Vehicle").[1] The motion is set for submission on August 24, 2023.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance August 16, 2023. Plaintiff Sandra Royal, who is represented by counsel, did not file an opposition to the motion. Accordingly, because the motion is unopposed and appears to have merit,[3]

IT IS ORDERED that Allstate Vehicle's motion to dismiss is GRANTED, and Royal's claims against it are DISMISSED WITH PREJUDICE.

---

[1] R. Doc. 23.

[2] R. Doc. 24.

[3] Royal filed this case against two defendants, Allstate Vehicle and Allstate Insurance Company ("Allstate Insurance"), alleging breach-of-contract and bad-faith causes of action related to the adjustment of her homeowners insurance claim for property damage caused by Hurricane Ida. R. Doc. 1. Only Allstate Insurance, and not Allstate Vehicle, is listed on the policy as Royal's homeowners insurance carrier. R. Doc. 23-3. Thus, because Allstate Vehicle is not a party to the contract at issue, Royal's claims against it must be dismissed.

New Orleans, Louisiana, this 17th day of August, 2023.

                                                                                     _____
                                                                                     BARRY W. ASHE
                                                                                     UNITED STATES DISTRICT JUDGE